AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Gaylan Flottemesch | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    6:24-cv-01737-HMH |
| Greenville County Sheriff's Office, Phillip S Jones, All other Parties | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: this action is dismissed.

This action was *(check one)*:

■ decided by the Honorable Henry M Herlong, Jr.

Date:   July 29, 2024

*CLERK OF COURT*

s/ Pamela Brissey

*Signature of Clerk or Deputy Clerk*